**Walter HARDING, Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; Attorney General for the State of Maryland, Respondents–Appellees.**

No. 00–7802.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 9, 2001.

Decided Feb. 26, 2001.

---

Walter Harding, pro se. John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Jason Trumpbour, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Walter Harding seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harding v. Conroy,* No. CA–99–1954–AMD (D.Md. Nov. 20, 2000). We also deny Harding's motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*